ing that he is entitled to such relief. Because he has not shown that any government officer or employee owed him the return of those documents, the district court properly denied Taylor's request for a writ of mandamus. *See* 28 U.S.C. § 1361. As for Taylor's assertion that the district judge should have recused himself from the case, his allegations of the adverse decisions are insufficient to support a claim of bias. *See Liteky v. United States,* 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994).

Because Taylor has not established error in the denial of his motions, the district court's orders are AFFIRMED. In light of this ruling, all outstanding motions are DENIED.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Murga, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Murga has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jesus MURGA, Jr., Defendant–
Appellant.**

**No. 13–10163
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 21, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jesus Murga, Jr., El Paso, TX, pro se.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**William Ray HAVNER, III,
Defendant–Appellant.**

**No. 13–10184
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 21, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.